# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

AUG 15 2025 PM1:24
FILED-USDC-CT-HARTFORD

## CIVIL RIGHTS COMPLAINT

Jaison Correa Santos
______________________________,
Plaintiff(s),
(Full name(s); Do not use ***et al.***)

v. Case No. ______________
(To be supplied by the court)

C/O Edmond / DOC
State

Defendant(s).
(Full name(s) and capacity, e.g., official capacity, individual capacity, or official and individual capacitites) (Do not use ***et al.***)

## A. PARTIES

1. Jaison Correa Santos (Plaintiff) is a citizen of CT (State) who presently resides at Garner Correctional 50 Nunnawauk road PoB 5500 Newtown CT 06470 (mailing address)

2. Defendant Edmond (name of first defendant) is a citizen of CT (State)

whose address is I dont know he works at Corrigan Jail,

and who is employed as C/O / DOC (title and place of employment).

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ____Yes __✓__No. If your answer is "Yes," briefly explain:

______________________________________________________________________

______________________________________________________________________

3. Defendant __Edmond__ is a citizen of __CT__
(name of second defendant) (State)

whose address is __I don't know he works at Corrigan Jail__

and who is employed as __C/O / DOC State__.
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ____Yes __✓__No. If your answer is "Yes," briefly explain:

______________________________________________________________________

______________________________________________________________________

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

__✓__ 42 U.S.C. § 1983 (applies to state defendants)

_____ ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

______________________________________________________________________

______________________________________________________________________

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case: I got ~~[illegible]~~ assaulted by C/O edmond at corrigan Jail read yellow Pages mentaly emotional injury me and Physically injury me

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I**: excessive use of force entering my cell going hands on with out codes staff for safety with out camra took my right to talk to police violated all my rights had! assaulted camore [illegible] on my way to jail

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.) C/O edmond at corrigan cell 220 H Unit date 6/7/2025 time 6:51 violated my right's using excessive use of force Physically injured ~~[illegible]~~ my ear

**Claim II**: excessive use of force Physically injured me

Supporting Facts: look at video 6/7/2025 time 6:51 read yellow paper

**Claim III**: excessive use of force

Supporting Facts: look at video on 6/7/2025 time 6:51 read yellow paper

## E. REQUEST FOR RELIEF

I request the following relief: I want to sue C/O edmond/State/DOC I want C/O edmond fired want my visits back and my good time back

## F. JURY DEMAND

Do you wish to have a jury trial? Yes ✓ No ______

______________________________ Jaylson correa santos
Original signature of attorney (if any) **Plaintiff's Original Signature**

______________________________ ______________________________
Printed Name ______________________________ Printed Name

______________________________________________________________

______________________________________________________________

( ) ______________________________ ( ) garner 50 Nunnawauk Road 5500 newtown 06470
Attorney's full address and telephone Plaintiff's full address and telephone

______________________________________________________________
Email address if available Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at garner ______________________ on 06/11/2025.
(location) (date)

______________________________________ Jaylson correa Santos
**Plaintiff's Original Signature**

(Rev. 3/21/16)

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

## PRO SE PRISONER CIVIL RIGHTS COMPLAINT

CASE NO. ____________

**PLAINTIFF(S)** [Write the name(s) of the person(s) complaining. Do not use **et al.**]

Bayson Correa Santos
______________________________

vs.

**DEFENDANT(S)** [Write the name(s) of the person(s) you are suing. If you do not know a name, write "John Doe" or "Jane Doe." Include the defendant's rank or title if you know it. Do not use **et al.**] You may attach an additional page to add more defendants.

C/O edmond / DOC / State
______________________________
______________________________
______________________________
______________________________
______________________________

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Complete every section and **SIGN PAGE 7.**

## A. JURISDICTION

Because federal courts cannot hear every kind of claim, you must identify the law that says this court can hear your claim. There are two possibilities. Check one.

I can bring my complaint in federal court because I am suing:

1. ☑ State, county, or city employees for violating my federal rights under 42 U.S.C. Sec. 1983/1985/1986; OR

2. ☐ Federal employees for violating my federal rights under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. Sec. 1331.

## B. PLAINTIFF (THE PERSON FILING THIS COMPLAINT)

If there is more than one plaintiff, attach additional pages. Provide items a, b, and c for each plaintiff.

1. First Plaintiff
   a. Full Name: Sauson correa santos

   b. Inmate Number: 415331

   c. Correctional facility: garner

2. Indicate whether you are a prisoner or other confined person as follows (check all that apply):

   ☐ Pretrial detainee
   ☐ Civil committed detainee
   ☐ Immigration detainee
   ☑ Convicted and sentenced state prisoner
   ☐ Convicted and sentenced federal prisoner
   ☐ Other (explain)____________________________

C. **DEFENDANT (THE PERSON WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)** Provide items a, b, and c for each defendant. If you are suing more than six defendants, attach additional pages. You may attach an additional page to add more defendants.

1. First Defendant

   a. Full Name: C/O edmonz

   b. Rank or Title: C/O / DOC State

   c. Workplace: Corrigan / DOC

2. Second Defendant

   a. Full Name:

   b. Rank or Title:

   c. Workplace:

3. Third Defendant

   a. Full Name:

   b. Rank or Title:

   c. Workplace:

4. Fourth Defendant

   a. Full Name:

   b. Rank or Title:

   c. Workplace:

5. Fifth Defendant

   a. Full Name:

   b. Rank or Title:

   c. Workplace:

6. Sixth Defendant

   a. Full Name:

   b. Rank or Title:

   c. Workplace:

## D. REASON FOR COMPLAINT

Now you need to explain how your federal rights were violated (remember that not every violation of state law or prison regulations amounts to a violation of federal law). What you need to tell the Court is who did what, when they did it, and how you were harmed.

You do not need to cite to the Constitution, any statutes, or any cases. However, it is important to be specific about dates, times, and the names of the people involved. It is helpful to put each important fact in a separate, numbered paragraph.

If you do not know the name of the person who harmed you, call that person Defendant Doe and provide some information from which it will be possible to identify the person - for example, gender, rank and shift. If there is more than one defendant whose name you do not know, call them Defendant Doe1, Defendant Doe 2, and so on.

**Now briefly describe the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrong actions.** see yellow paper [illegible]

1.

2.

3.

4.

5.

6.

7.

8.

9.

10.

If you need more space, attach additional pages, but be as brief as possible.

## E. REQUEST FOR RELIEF

Tell the court what kind of relief you want. **Remember**: (1) You can only get money damages for mental or emotional injury if you were also physically injured; (2) Money damages may be reduced to pay restitution to victims of your crime and fees for a court appointed attorney, if you had one; (3) You cannot use a Section 1983 or *Bivens* action to request release from custody, a reduction in your sentence, or a restoration of good time credits. For any of these, you must request a Writ of Habeas Corpus. read yellow

paper i want to sue state C/O edmond i meat all
3 facts also DOC i need a attorney
appointed to me / C.O. edmond use excess use
of force injuring my mental to emotional and
Physically injuring me i got prove to All this

**F. DO YOU WISH TO HAVE A JURY TRIAL? YES ☑ NO ☐**

**G. PLAINTIFF'S CERTIFICATION AND WARNINGS**

**Warning: You must sign this, or your complaint will not be filed.**

By signing this complaint, I certify that I have read the following:

**Before you file your Complaint, contact Inmate Legal Aid Program. Common mistakes can get your case dismissed as frivolous or for failure to state a good legal claim.** If this happens, you will still have to pay the filing fee, even if you are proceeding in forma pauperis. To avoid losing your filing fee, please read this information carefully and consult Inmate Legal Aid Program before you file.

1. Failure to use the prison grievance process before suing: If you have not followed all the steps in the grievance process before you come to court, the defendants may ask the Court to dismiss your claims for "failure to exhaust administrative remedies."

2. Complaining about incidents that happened a long time ago: If you are suing about events that happened more than three years ago, the defendants may ask the Court to dismiss your case under the "statute of limitations."

3. Suing people who were not personally involved: You can generally only sue defendants who were directly involved in harming you.

4. Suing defendants who have immunity to suit for money damages: You generally cannot sue the following people and entities for money damages: the State of Connecticut; agencies of the state (like the Department of Correction); the United States government; the President of the United States (for actions taken while President); judges (for actions taken in connection with judicial duties); parole board officers (for actions taken in imposing parole conditions or revoking parole); prosecutors (for actions taken in performing duties integral to the criminal judicial process). If you think you have a claim for money damages against such people or entities, check with Inmate Legal Aid Program first. If you name defendants who are immune to suit from money damages and your suit is dismissed on that basis, you will lose your filing fee.

5. Complaining about a criminal conviction or prison disciplinary proceeding that resulted in loss of good time credits or other change to your time in prison: If winning your claims "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims under Section 1983 unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding. See *Heck v. Humphrey*, 512 U.S. 477, 487 (1994).

6. Please be advised that you may be denied *in forma pauperis* status if you have filed three of more cases as a prisoner that were dismissed as frivolous, malicious, or for failure to state a claim. The Prison Litigation Reform Act ("PLRA") amended the statute governing proceedings filed *in forma pauperis*. In relevant part, Section 804(d) of the Prison Litigation Reform Act amended 28 U.S.C. § 1915 by adding the following subsection:

> (g) In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

*See Akassy v. Hardy*, 887 F.3d 91, 93 (2d Cir. 2018) ("'the PLRA contains a "three-strikes" rule that bars prisoners from proceeding IFP if they have a history of filing frivolous or malicious lawsuits,' with an exception provided for a prisoner who is in imminent danger of serious physical injury.") (quoting *Pettus v. Morgenthau*, 554 F.3d 293, 296 (2d Cir. 2009)).

Please note that this is not a complete list of the problems you might encounter with your case. The Court cannot give you legal advice. You will be required to comply with Court rules and procedures, even though you are proceeding without a lawyer. Your best strategy is to call Inmate Legal Aid Program before you file a complaint. If Inmate Legal Aid Program says you do not have a good case, you should consider that advice very seriously.

Further, by signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge. I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000. See 18 U.S.C. Sections 1621, 3571.

Signature: [signature] ____________________

Signed at: [handwritten] ____________________ on ____________________
(Location) (Date)

If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it. **The complaint cannot be filed without a signature from each plaintiff**.

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## CIVIL RIGHTS COMPLAINT

Jaysen Correa Santos

_______________________________,
Plaintiff(s),
(Full name(s); Do not use ***et al.***)

v.

Case No. ____________________
(To be supplied by the court)

C/O edmond / DOC
State
_______________________________
_______________________________
_______________________________
_______________________________
_______________________________
Defendant(s).
(Full name(s) and capacity, e.g., official capacity, individual capacity, or official and individual capacitites) (Do not use ***et al.***)

### A. PARTIES

1. Jaysen Correa santos (Plaintiff) is a citizen of CT (State) who presently resides at _______________________ (mailing address).

2. Defendant edmond (name of first defendant) is a citizen of CT (State) whose address is ~~[illegible]~~ I dont know he works at corrigan, Jail and who is employed as DOC / C/O (title and place of employment).

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ____Yes __✓__No. If your answer is "Yes," briefly explain:

______________________________________________________________________

______________________________________________________________________

3. Defendant edmond is a citizen of CT
(name of second defendant) (State)

whose address is I dont know he works in Corrigan Jail

and who is employed as ______________________________________.
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ____Yes __✓__No. If your answer is "Yes," briefly explain:

______________________________________________________________________

______________________________________________________________________

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

___✓___ 42 U.S.C. § 1983 (applies to state defendants)

_______ ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

______________________________________________________________________

______________________________________________________________________

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. I got assaulted by C/O edmond at corrigan jail read yellow paper mentaly emotional injury me and Physically [illegible] injure me also read yellow paper

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** excessive use of force entering my cell going hands on without a code being called for safety

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.) C/O edmond at corrigan cell 220 H unit date 6/7/2025 time 6:51 violated my rights using excessive use of force Physically injured my ear Also read yellow paper

**Claim II**: excessive use of force

Supporting Facts: look at video date 6/7/2025 time 6:51 read yellow paper

**Claim III**: excessive use of force

Supporting Facts: read yellow paper

## E. REQUEST FOR RELIEF

I request the following relief: I want to sue c/o edmond / state / DOC i want c/o edmond fired my visits back and my good time back

## F. JURY DEMAND

Do you wish to have a jury trial? Yes ✓ No ______

______________________________ Original signature of attorney (if any)

Juvson Correa Santos — Plaintiff's Original Signature

Printed Name______________________

Printed Name [handwritten]

( ) Attorney's full address and telephone

( ) [handwritten] 50 Nunnawauk Road Box 5500 Newtown 06470 — Plaintiff's full address and telephone

Email address if available

Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at [handwritten] (location) on 8/11/2025 (date).

Juvson Correa — **Plaintiff's Original Signature**

(Rev. 3/21/16)

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT**

**PRO SE PRISONER CIVIL RIGHTS COMPLAINT**

CASE NO. ____________

**PLAINTIFF(S)** [Write the name(s) of the person(s) complaining. Do not use **et al.**]

Jailson Casseasantos

vs.

**DEFENDANT(S)** [Write the name(s) of the person(s) you are suing. If you do not know a name, write "John Doe" or "Jane Doe." Include the defendant's rank or title if you know it. Do not use **et al.**] You may attach an additional page to add more defendants.

C.O. edmond / DOC /
State

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Complete every section and **SIGN PAGE 7.**

## A. JURISDICTION

Because federal courts cannot hear every kind of claim, you must identify the law that says this court can hear your claim. There are two possibilities. Check one.

I can bring my complaint in federal court because I am suing:

1. ☑ State, county, or city employees for violating my federal rights under 42 U.S.C. Sec. 1983/1985/1986; OR

2. ☐ Federal employees for violating my federal rights under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. Sec. 1331.

## B. PLAINTIFF (THE PERSON FILING THIS COMPLAINT)

If there is more than one plaintiff, attach additional pages. Provide items a, b, and c for each plaintiff.

1. First Plaintiff
   a. Full Name: Jailson Correa Santos
   b. Inmate Number: 415331
   c. Correctional facility: Garner

2. Indicate whether you are a prisoner or other confined person as follows (check all that apply):

- ☐ Pretrial detainee
- ☐ Civil committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other (explain)____________________________________

C. **DEFENDANT (THE PERSON WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)** Provide items a, b, and c for each defendant. If you are suing more than six defendants, attach additional pages. You may attach an additional page to add more defendants.

1. First Defendant
   - a. Full Name: C/O edmond / DOC
   - b. Rank or Title: C/O / DOC State
   - c. Workplace: corrigan DOC
2. Second Defendant
   - a. Full Name:
   - b. Rank or Title:
   - c. Workplace:
3. Third Defendant
   - a. Full Name:
   - b. Rank or Title:
   - c. Workplace:
4. Fourth Defendant
   - a. Full Name:
   - b. Rank or Title:
   - c. Workplace:
5. Fifth Defendant
   - a. Full Name:
   - b. Rank or Title:
   - c. Workplace:

6. Sixth Defendant

a. Full Name:

b. Rank or Title:

c. Workplace:

## D. REASON FOR COMPLAINT

Now you need to explain how your federal rights were violated (remember that not every violation of state law or prison regulations amounts to a violation of federal law). What you need to tell the Court is who did what, when they did it, and how you were harmed.

You do not need to cite to the Constitution, any statutes, or any cases. However, it is important to be specific about dates, times, and the names of the people involved. It is helpful to put each important fact in a separate, numbered paragraph.

If you do not know the name of the person who harmed you, call that person Defendant Doe and provide some information from which it will be possible to identify the person - for example, gender, rank and shift. If there is more than one defendant whose name you do not know, call them Defendant Doe1, Defendant Doe 2, and so on.

**Now briefly describe the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrong actions.** on 6/7/2025 time 6:51 C/O edmond took my cell out the
cell came back walking into my cell spraying my eyes using spray as a
weapen then punching me on the right eye giving me a black and
1. blue eye punching me again on the side of my head making me fall on
the bunk. then backed up. then knew the other 2 C/O werent right
there to see me. then made a run out the cell door bleeding
2. from the side of my ear. i was in a lot of pain C/O at Corrigan dident
allow me to press charges on C/O edmond took at the video 6/7/2025
time 6:51 C/O took pictures look at them to assault on DOC is is
days in Seg knowing i dident do anything. only got 10 days in
3. Seg and i dident do anything wrong they through all my stuff
away. i got prove to ALL THIS C/O edmond says i spit on his
Cloths. DID NOT NO DNA so no pictures. really dident do
4. anything to C/O edmond once befor we had words and he
came back 10 days latter assaulting me. dont know what you want
to call it but yes he use excessive use of force FACTS. could
Prove that he use excessive use of force. had a black and
blue eye and Blood running down to my shirt from my side of
my ear. i wrote on a yellow paper more to all this read please

5.

6.

7.

8.

9.

10.

If you need more space, attach additional pages, but be as brief as possible.

## E. REQUEST FOR RELIEF

Tell the court what kind of relief you want. **Remember**: (1) You can only get money damages for mental or emotional injury if you were also physically injured; (2) Money damages may be reduced to pay restitution to victims of your crime and fees for a court appointed attorney, if you had one; (3) You cannot use a Section 1983 or *Bivens* action to request release from custody, a reduction in your sentence, or a restoration of good time credits. For any of these, you must request a Writ of Habeas Corpus. C.O. Edmond use excess use of force injuring my mental emotional and physically this injureing me i got proove to all this i want to sue

**F. DO YOU WISH TO HAVE A JURY TRIAL? YES ☑ NO ☐**

**G. PLAINTIFF'S CERTIFICATION AND WARNINGS**

**Warning: You must sign this, or your complaint will not be filed.**

By signing this complaint, I certify that I have read the following:

**Before you file your Complaint, contact Inmate Legal Aid Program. Common mistakes can get your case dismissed as frivolous or for failure to state a good legal claim.** If this happens, you will still have to pay the filing fee, even if you are proceeding in forma pauperis. To avoid losing your filing fee, please read this information carefully and consult Inmate Legal Aid Program before you file.

1. Failure to use the prison grievance process before suing: If you have not followed all the steps in the grievance process before you come to court, the defendants may ask the Court to dismiss your claims for "failure to exhaust administrative remedies."

2. Complaining about incidents that happened a long time ago: If you are suing about events that happened more than three years ago, the defendants may ask the Court to dismiss your case under the "statute of limitations."

3. Suing people who were not personally involved: You can generally only sue defendants who were directly involved in harming you.

4. Suing defendants who have immunity to suit for money damages: You generally cannot sue the following people and entities for money damages: the State of Connecticut; agencies of the state (like the Department of Correction); the United States government; the President of the United States (for actions taken while President); judges (for actions taken in connection with judicial duties); parole board officers (for actions taken in imposing parole conditions or revoking parole); prosecutors (for actions taken in performing duties integral to the criminal judicial process). If you think you have a claim for money damages against such people or entities, check with Inmate Legal Aid Program first. If you name defendants who are immune to suit from money damages and your suit is dismissed on that basis, you will lose your filing fee.

5. Complaining about a criminal conviction or prison disciplinary proceeding that resulted in loss of good time credits or other change to your time in prison: If winning your claims "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims under Section 1983 unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding. See *Heck v. Humphrey*, 512 U.S. 477, 487 (1994).

6. Please be advised that you may be denied *in forma pauperis* status if you have filed three of more cases as a prisoner that were dismissed as frivolous, malicious, or for failure to state a claim. The Prison Litigation Reform Act ("PLRA") amended the statute governing proceedings filed *in forma pauperis*. In relevant part, Section 804(d) of the Prison Litigation Reform Act amended 28 U.S.C. § 1915 by adding the following subsection:

> (g) In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

*See Akassy v. Hardy*, 887 F.3d 91, 93 (2d Cir. 2018) ("'the PLRA contains a "three-strikes" rule that bars prisoners from proceeding IFP if they have a history of filing frivolous or malicious lawsuits,' with an exception provided for a prisoner who is in imminent danger of serious physical injury.") (quoting *Pettus v. Morgenthau*, 554 F.3d 293, 296 (2d Cir. 2009)).

Please note that this is not a complete list of the problems you might encounter with your case. The Court cannot give you legal advice. You will be required to comply with Court rules and procedures, even though you are proceeding without a lawyer. Your best strategy is to call Inmate Legal Aid Program before you file a complaint. If Inmate Legal Aid Program says you do not have a good case, you should consider that advice very seriously.

Further, by signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge. I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000. See 18 U.S.C. Sections 1621, 3571.

Signature: ______________________

Signed at: ______________________ on ______________________
(Location) (Date)

If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it. **The complaint cannot be filed without a signature from each plaintiff**.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**CIVIL RIGHTS COMPLAINT**

Jaysan correa santos
_______________________,
Plaintiff(s),
(Full name(s); Do not use ***et al.***)

v. Case No. _______________
(To be supplied by the court)

C/O edmond / DOC
State
_______________________
_______________________
_______________________
_______________________
_______________________
Defendant(s).
(Full name(s) and capacity, e.g., official capacity, individual capacity, or official and individual capacitites) (Do not use ***et al.***)

## A. PARTIES

1. Jaysan correa Santos is a citizen of CT who
(Plaintiff) (State)
presently resides at _______________________.
(mailing address)

2. Defendant edmond is a citizen of CT
(name of first defendant) (State)

whose address is ~~[illegible]~~ I dont know he ~~[illegible]~~ works at corrigan,

and who is employed as DOC / C/O.
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? _____Yes __✓__No. If your answer is "Yes," briefly explain:

_______________________________________________

_______________________________________________

3. Defendant edmond is a citizen of CT
(name of second defendant) (State)

whose address is I dont Know he works at Corrigan Jail

and who is employed as C/O / DOC.
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? _____Yes __✓__No. If your answer is "Yes," briefly explain:

_______________________________________________

_______________________________________________

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

___✓___ 42 U.S.C. § 1983 (applies to state defendants)

_______ ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_______________________________________________

_______________________________________________

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. I got assaulted by C/O edmond at corrigan Jail read yellow paper

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I**: excessive use of force entering my cell going hands on with out code or stuff for safety without came calling code after he got down beating me up so in other words he didn't call the code

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.) C/O edmond look at video on 6/7/2025 time 6:51 he didn't call the code till he got done betting me up read yellow paper

**Claim II**: excessive use of force
Physically injured me

Supporting Facts: look at video date 6/7/2025
time 6:51 read yellow paper

**Claim III**: excessive use of force

Supporting Facts: look at video date 6/7/2025 time 6:51
read yellow paper

## E. REQUEST FOR RELIEF

I request the following relief: I want to sue c/o edmond/state/ DOC i want my visits back and my good time back i want c/o edmond fired

## F. JURY DEMAND

Do you wish to have a jury trial? Yes ✓ No ______

______________________________ Jayson correa santos
Original signature of attorney (if any) **Plaintiff's Original Signature**

______________________________ ______________________________
Printed Name______________________________ Printed Name

______________________________

______________________________

( ) ______________________________ ( ) garner 50 nunnawauk Road 5500 Newtown 06470
Attorney's full address and telephone Plaintiff's full address and telephone

______________________________
Email address if available Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at garner ______________________ on 8/11/2025 ______________.
(location) (date)

______________________________
**Plaintiff's Original Signature**

(Rev. 3/21/16)

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

## PRO SE PRISONER CIVIL RIGHTS COMPLAINT

CASE NO. ____________

**PLAINTIFF(S)** [Write the name(s) of the person(s) complaining. Do not use **et al.**]

Jaison correa Santos

______________________________

vs.

**DEFENDANT(S)** [Write the name(s) of the person(s) you are suing. If you do not know a name, write "John Doe" or "Jane Doe." Include the defendant's rank or title if you know it. Do not use **et al.**] You may attach an additional page to add more defendants.

C/O edmond / DOC/State

______________________________

______________________________

______________________________

______________________________

______________________________

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Complete every section and **SIGN PAGE 7.**

## A. JURISDICTION

Because federal courts cannot hear every kind of claim, you must identify the law that says this court can hear your claim. There are two possibilities. Check one.

I can bring my complaint in federal court because I am suing:

1. [✓] State, county, or city employees for violating my federal rights under 42 U.S.C. Sec. 1983/1985/1986; OR

2. [ ] Federal employees for violating my federal rights under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. Sec. 1331.

## B. PLAINTIFF (THE PERSON FILING THIS COMPLAINT)

If there is more than one plaintiff, attach additional pages. Provide items a, b, and c for each plaintiff.

1. First Plaintiff
   a. Full Name: Jayson Correa-Santos
   b. Inmate Number: 411533l
   c. Correctional facility: garner

2. Indicate whether you are a prisoner or other confined person as follows (check all that apply):

- [ ] Pretrial detainee
- [ ] Civil committed detainee
- [ ] Immigration detainee
- [✓] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other (explain)________________________________________

C. **DEFENDANT (THE PERSON WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)** Provide items a, b, and c for each defendant. If you are suing more than six defendants, attach additional pages. You may attach an additional page to add more defendants.

1. First Defendant
   a. Full Name: C/O Edmond / DOC
   b. Rank or Title: C/O
   c. Workplace: DOC
2. Second Defendant
   a. Full Name:
   b. Rank or Title:
   c. Workplace:
3. Third Defendant
   a. Full Name:
   b. Rank or Title:
   c. Workplace:
4. Fourth Defendant
   a. Full Name:
   b. Rank or Title:
   c. Workplace:
5. Fifth Defendant
   a. Full Name:
   b. Rank or Title:
   c. Workplace:

6. Sixth Defendant

   a. Full Name:

   b. Rank or Title:

   c. Workplace:

## D. REASON FOR COMPLAINT

Now you need to explain how your federal rights were violated (remember that not every violation of state law or prison regulations amounts to a violation of federal law). What you need to tell the Court is who did what, when they did it, and how you were harmed.

You do not need to cite to the Constitution, any statutes, or any cases. However, it is important to be specific about dates, times, and the names of the people involved. It is helpful to put each important fact in a separate, numbered paragraph.

If you do not know the name of the person who harmed you, call that person Defendant Doe and provide some information from which it will be possible to identify the person - for example, gender, rank and shift. If there is more than one defendant whose name you do not know, call them Defendant Doe1, Defendant Doe 2, and so on.

**Now briefly describe the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrong actions.** read yellow paper please

1.

2.

3.

4.

5.

6.

7.

8.

9.

10.

If you need more space, attach additional pages, but be as brief as possible.

**E. REQUEST FOR RELIEF**

Tell the court what kind of relief you want. **Remember**: (1) You can only get money damages for mental or emotional injury if you were also physically injured; (2) Money damages may be reduced to pay restitution to victims of your crime and fees for a court appointed attorney, if you had one; (3) You cannot use a Section 1983 or *Bivens* action to request release from custody, a reduction in your sentence, or a restoration of good time credits. For any of these, you must request a Writ of Habeas Corpus. read yellow Pages

I ~~[illegible]~~ mean all ~~[illegible]~~ 3 and got Prove to All 3

I want to sue C/O Edmond and DOC state

and i would like a attorney appointed to me

**F. DO YOU WISH TO HAVE A JURY TRIAL? YES ☑ NO ☐**

**G. PLAINTIFF'S CERTIFICATION AND WARNINGS**

**Warning: You must sign this, or your complaint will not be filed.**

By signing this complaint, I certify that I have read the following:

**Before you file your Complaint, contact Inmate Legal Aid Program. Common mistakes can get your case dismissed as frivolous or for failure to state a good legal claim.** If this happens, you will still have to pay the filing fee, even if you are proceeding in forma pauperis. To avoid losing your filing fee, please read this information carefully and consult Inmate Legal Aid Program before you file.

1. Failure to use the prison grievance process before suing: If you have not followed all the steps in the grievance process before you come to court, the defendants may ask the Court to dismiss your claims for "failure to exhaust administrative remedies."

2. Complaining about incidents that happened a long time ago: If you are suing about events that happened more than three years ago, the defendants may ask the Court to dismiss your case under the "statute of limitations."

3. Suing people who were not personally involved: You can generally only sue defendants who were directly involved in harming you.

4. Suing defendants who have immunity to suit for money damages: You generally cannot sue the following people and entities for money damages: the State of Connecticut; agencies of the state (like the Department of Correction); the United States government; the President of the United States (for actions taken while President); judges (for actions taken in connection with judicial duties); parole board officers (for actions taken in imposing parole conditions or revoking parole); prosecutors (for actions taken in performing duties integral to the criminal judicial process). If you think you have a claim for money damages against such people or entities, check with Inmate Legal Aid Program first. If you name defendants who are immune to suit from money damages and your suit is dismissed on that basis, you will lose your filing fee.

5. Complaining about a criminal conviction or prison disciplinary proceeding that resulted in loss of good time credits or other change to your time in prison: If winning your claims "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims under Section 1983 unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding. See *Heck v. Humphrey*, 512 U.S. 477, 487 (1994).

6. Please be advised that you may be denied *in forma pauperis* status if you have filed three of more cases as a prisoner that were dismissed as frivolous, malicious, or for failure to state a claim. The Prison Litigation Reform Act ("PLRA") amended the statute governing proceedings filed *in forma pauperis*. In relevant part, Section 804(d) of the Prison Litigation Reform Act amended 28 U.S.C. § 1915 by adding the following subsection:

> (g) In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

*See Akassy v. Hardy*, 887 F.3d 91, 93 (2d Cir. 2018) ("'the PLRA contains a "three-strikes" rule that bars prisoners from proceeding IFP if they have a history of filing frivolous or malicious lawsuits,' with an exception provided for a prisoner who is in imminent danger of serious physical injury.") (quoting *Pettus v. Morgenthau*, 554 F.3d 293, 296 (2d Cir. 2009)).

Please note that this is not a complete list of the problems you might encounter with your case. The Court cannot give you legal advice. You will be required to comply with Court rules and procedures, even though you are proceeding without a lawyer. Your best strategy is to call Inmate Legal Aid Program before you file a complaint. If Inmate Legal Aid Program says you do not have a good case, you should consider that advice very seriously.

Further, by signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge. I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000. See 18 U.S.C. Sections 1621, 3571.

Signature: Jullson Correa Santos

Signed at: [illegible] on 8/11/2025
(Location) (Date)

If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it. **The complaint cannot be filed without a signature from each plaintiff**.