860-936-2314

# Disciplinary Report

## Connecticut Department of Correction

CN 9503/1
REV 05/21/24

| | |
|---|---|
| Facility/Unit: CCC | Report date: 6/7/25 |
| Inmate name: Correa-Santos, Jayson | Inmate number: 415331 |
| Housing unit: Hotel | Location of incident: Hotel Cell 220 |
| Report number: | Incident date: 6/7/25 — Incident time: 6:55 ☐ am ☒ pm |
| Offense: Assault on a DOC Employee | Offense class: ☒ A ☐ B ☐ C |

Description of violation:

On 6/7/25 while conducted a shakedown of Inmate Correa-Santos' cell, he stepped towards me yelling, raising his fists and spitting at this Officer striking my uniform. Inmate Correa-Santos is being issued a Class "A" DR for Assault on a DOC Employee. why did you forget to add how you came in the cell spitted me and punched me while i was coved up in a ball on the bed i didnt do anything but why would you come in the cell if i was yelling why not call other C/O plus why other C/O not assume? need incident report [illegible]

Witness(es): me and punched me RCS Directive 6 numer 6.7 you can't conduct a shakedown whil inmate in cell inmate most be removed FACTS

Physical evidence:

| | |
|---|---|
| Reporting employee (print): Edmond | Title: Correction Officer |
| Reporting employee (signature): Edmond | |
| Date: 6/7/25 — Time: 8:00 ☐ am ☒ pm | Employee requests copy: ☐ yes ☒ no |

**CUSTODY SUPERVISOR / UNIT MANAGER REVIEW**

| | | |
|---|---|---|
| ☒ Administrative Detention | Date: 6/7/25 | Time: 8:15 ☐ am ☒ pm |
| ☐ Accused inmate interviewed | ☐ Informal disposition | |
| Custody Supervisor / Unit Manager name (print): Thibodeau | | |
| Custody Supervisor / Unit Manager signature: [signature] | | |
| Title: LT | Date: 6/7/25 | Time: 9:00 ☐ am ☒ pm |

**INMATE NOTICE**

| | | |
|---|---|---|
| Delivered by (print): Laufer | Delivered by (signature): [signature] | |
| Title: C/O | Date: 6/7/25 | Time: 1115 ☐ am ☒ pm |

☐
- Check if inmate receiving disciplinary report is placed on a Behavioral or Mental Health Observation Status.
- If applicable, delivering officer must read the Disciplinary Report to the inmate and leave the copy at the Officers Station.
- Once a qualified mental health provider deems that the inmate can retain paper, the Disciplinary Report shall be issued to the inmate in accordance with this directive.

~~Devaughn L. Ward Esq.~~

~~Correction ombuds~~

~~Office of Government~~

~~[illegible]~~ ~~[illegible]~~ in house law Lawyer

Devaughn L. Ward, Esq.

Correction ombuds

Office of Government Accountability

55 Farmington Avenue, suite 427

Hartford, CT 06105

Devaughn.ward@ct.gov

860-936-2314

Date 7/9/2025

(1)

on 6/7/2025 time 6:51 C.O. edmond took my celly
out the cell came back walking in to my cell
spraying my eye's useing spray as a weapen
then punching me on the right eye
giving me a black and blue right eye

Punching me again on the side of my
head making me fall on the bunk
i then balled up i then knew the other 2
C.O. weren't right there to help me
i then made a run out the cell door

bleeding from the side of my right ear
i was in alot of pain C.O. at corrigan didn't
allow me to press charges on C.O. edmond
i asked many time to press charges they
didn't let me look at the video on 6/7/2025

time 6:51 C.O. took pictures look at them to
assault on DOC is 15 days in seg knowing i
didn't do anything to C.O. edmond they gave
me 10 days in seg still i was in seg and i
didn't do anything wrong they through my
stuff away and i want to sue the other 2
C.O. for allowing C.O. edmond to come in my
cell and bet me up the other 2 C.O. were
spossed to be right there watching for
his and my safety i could of got killed
in that cell and no C.O. helped me letting
C.O. edmond walk in the cell beating me up
i got prove to all this to a video to pictures to
C.O. coming into the cell and me runing for help
bleeding with a black and blue eye C.O. edmond
didn't press charges cause he knows i didn't do anything

C.O. and counselor through away all my REQUEST C.O. edmond injury'ed me damage'ed my mental i think all this was wrong on his part beting me up using spray as a weapon sending me to seg emotional Promming he Physically injured me my mental my emotional also all my grievance throw away making me start over and over again and again this ~~[illegible]~~ cant be happening to anyone else we dont need to hear C.O. edmond Kill'ed someone in the cell or that he was Kill'ed in the cell fighting so not safe we could forget about saying the other 2 C.O. that allowed C.O. edmond walk in my cell C.O. edmond should be held for all this unless you the court or soon my lawyer think the other 2 C.O. should be held to i need a lawyer Please will you help me get ~~[illegible]~~ a lawyer appoint to me please if you need to Pass this to someone else that could help me Please do C.O. edmond use excessive use of force i want C/O edmond fired you could ~~call~~ CALL corrigan medical they had to treat my ear i comply'ed with all orders C/O edmond says i was yelling raising my fist spiting on his uniform i did not and if i was why didn't he called the code when sposs'ey i was ~~not~~ yelling) wheres the picture of the spit or the DNA he came in the cell taking out witness out to bet me up because days befor we had words he could of took me and my celly out at the same time but he ~~[illegible]~~ told me to stay in the cell alone to bet me up we all know he had many ways to go about all this he let those words we had once get the best of him ~~[illegible]~~ ~~[illegible]~~ come^{ing} back to bet me up

i was told by the DHO based on documentation and evidence that was submitted this DHO found me guilty what evidence please

tell me what documentation the evidence that c/o edmond came into my cell evidence that he sprayed me evidence that c/o edmond punched me giving me a black and blue eye evidence that he made my ear bleed what evidence where the evidence of spit on the c/o cloths the DNA its got to be good what evidence finding me guilty of assault on DOC there is no evidence i didint do anything wrong facts evidence that he called the code once he got done beting me up so wrong of a state employee i got score of all this i wrote warden falcone Dilworth Deputy warden of operations semple commissioner Rinaldi Deputy commissioner quiros District administrator DHO ILAP counselor DR appeal unit manger grievance i wrote to every one but not much wrote me back i even wrote the police to press charges i think DOC throw away my mail cause no one ever said anything to me i did my part and still am evidence that assault on DOC is 15 days in seg but i got 10 cause everyone knew c.o. edmond bet me up useing spray as a weepen he had no reason to enter my cell all alone and you could call it excessive use of force

I wrote to many lawyers but no one wrote me or called me back i can prove All this and i mean all this

U

I wrote the ombudsman to and called but goes straight to voice mail mail box full the state of connecticut is liable for my damages and my injury's i was under the care and control of the Department of corrections a violation of my federal constitutional rights as guaranteed by the Eighth and fourteenth amendments to the united states by Directive[6] number 6.7 cell room cubicle and other area searches a searche of inmate's cell room cubicle and other housing area shall be conducted by assigned correction officer as directed by a supervisor or as required by facility correction policy if inmate is present in the cell room cubicle or other housing area the inmate shall be removed and pat searche searches shall be recorded in the station log and facility log in accordance with administrative Directive 6.2 C/O dident take pictures till a few days later of my injury's C/O edmond dident call the code he called the code 3 minutes after betting me up i dident do anything to C/O edmond he wrote fauls stament took my visit's for 2 years and 2 years of good time i dident do anything if i put my hands on a C/O i go to seg for a year and get more time this can't stay like this i need help C/O edmond violated me worst come to worst i want a jury trial legal aid program is not helping

**Connecticut Department of Corrections**
**Health Services Unit**

# CERTIFICATE OF AUTHENTICITY

I hereby certify that the documents attached hereto are true copies of the Protected Health Record/Information requested on the following individual:

Jayson Correa-Santos
**Inmate Name**

415331
**Inmate Number**

Yolanda Acosta, MRS II
**Print Staff Name, Title**

YA
**Signature**

Garner CI
**Facility**

July 29, 2025
**Date**

**CONFIDENTIAL INFORMATION**
"The confidentiality of this record is required under Chapter 899 of the Connecticut General Statues. This material shall not be transmitted to anyone without written consent or other authorization as provided in the aforementioned statutes."

Original Certificate to be sent with copied protected Health record/Information
Copy to be filed in Correspondence Section of the Health Record

**HR918 Rev. 06/05**

Medical Incident Report 6/7/25
Nurses General Note 6/8/25

**Corrigan Building**
986 Norwich-New London Turnpike
Uncasville, CT 06382
Main: 8608485700 Fax: 8608485821

7/29/2025

Medical Incident Report
Date of Service: 6/7/2025

**JAYSON CORREA-SANTOS**
Male DOB: Mar 19, 1998 17366

**Encounter Context**
**Facility at time of evaluation:** Corrigan Building
**Age at Time:** 27 Years Old

## Medical Incident Report

CN-6606
REV 10/01/18
Time of Incident: 6:56 PM
Incident report submitted: ______________________ Report number: ______________________

**Medical Staff Name:** Michael McDonald CHN

**Treatment location:** Medical
**Injury description:** s/p code orange, I/M has 1.5cm laceration to R ear.
**Assessment:** Impaired skin integrity.
**Treatment administered:** Cleansed with NS, covered with tegaderm with pad to achieve hemostasis.
**Required follow-up:** Via RN s/c

Chemical Agent Review Prior to Planned Use of Force

The offender's health record was reviewed prior to planned use of force. There were no contraindications noted regarding or precluding the use of chemical agents such as history of cardiac or respiratory condition, eye condition under active treatment, or documented prior severe and unexpected reaction to chemical agents.

Known contraindications based on review of health record? No

**Placement after treatment: Inmate is cleared for Restrictive Housing Placement**

***Patient Signature*** ______________________ ______________________
***Signature*** ***Date***

***Medical Staff Signature:*** ______________________ ______________________
***Signature*** ***Date***

***Custody Supervisor Signature:*** ______________________ ______________________
***Signature*** ***Date***

**RHU Placement Health Evaluation**



Inmate Copy

**Corrigan Building**
986 Norwich-New London Turnpike
Uncasville, CT 06382
Main: 8608485700 Fax: 8608485821

7/29/2025

Medical Incident Report
Date of Service: 6/7/2025

**JAYSON CORREA-SANTOS**
Male DOB: Mar 19, 1998 17366

Signed By: McDonald RN, Michael at 6/7/2025 7:28:19 PM

Inmate Copy

**Corrigan Building**
986 Norwich-New London Turnpike
Uncasville, CT 06382
Main: 8608485700 Fax: 8608485821

7/29/2025

Nurse : wound check
Date of Service: 6/8/2025

**JAYSON CORREA-SANTOS**
Male DOB: Mar 19, 1998 17366

**Encounter Context**
**Facility at time of evaluation:** Corrigan Building
**Age at Time:** 27 Years Old

**Is this a Face to Face Patient Encounter?** Yes

## General Note

**General Note Type:** Nurse
**Subject:** wound check
**Note:** R earlobe laceration is scabbed over and show no S/S of infection.

Signed By: McDonald RN, Michael at 6/8/2025 4:02:06 PM

Inmate Copy

Assault on DOC is 15 PS
days i only got 10 cause they
new i dident do anything wrong

# Disciplinary Process Summary Report
## Connecticut Department of Correction

CN 9504/1
Rev 2/27/24

| | | |
|---|---|---|
| Facility/Unit: Corrigan Correctional Center | | Housing unit: RHU |
| Report date: 6/7/2025 | Report number: CCC-25-06-025 | Hearing date: 6/17/2025 |
| Inmate name: Correa-Santos, Jayson | | Inmate number: 415331 |
| Reporting employee: C/O Edmond | | DHO: LT. Czeremcha |
| Investigator: C/O Garcia | | Advisor: CC Chaude |
| Inmate appearance: | ☒ yes ☐ no | Reason: N/A |
| ☐ Suspended sentence | | |
| ☐ Deferred prosecution | Number of days: N/A | Through: N/A |
| ☐ Charge dismissed | By: N/A | Reason: N/A |

Continuances (dates and reasons):

**SANCTIONS/PENALTIES:**

**10 PS**

**30 LOM**

**30 ROT**

**60 RREC**

**SUMMARY**

| | Charge/Class | Plea | Finding |
|---|---|---|---|
| Original | **Assault on a DOC Employee / A** | **Not Guilty** | **Guilty** |
| Substitute | N/A | N/A | N/A |

Forfeiture of Risk Reduction Earned Credits:

| | | |
|---|---|---|
| ☐ -10 | ☐ -15 | ☐ - 25 |
| ☒ - 60 | ☐ - Accused | |

| | |
|---|---|
| ☐ Confidential information | Reliability: N/A |

| | | |
|---|---|---|
| Documentation submitted: | ☐ Incident report | ☐ Medical incident report |
| | ☐ Use of force report | ☐ Other (specify) |

| | | | |
|---|---|---|---|
| Witness name: **Zeigler, Navarra #452856** | appearance | ☐ yes | ☒ no |
| Testimony: see attached CN 9511 | | | |
| Witness name: Mastaierz, Kevin #425891 | appearance | ☐ yes | ☒ no |
| Testimony: see attached CN 9511 | | | |
| Witness name: N/A | appearance | ☐ yes | ☒ no |
| Testimony: N/A | | | |

| | | |
|---|---|---|
| ☐ Witness exclusion | Name: N/A | Reason: N/A |

Physical evidence, written testimony: N/A

# Disciplinary Process Summary Report

## Connecticut Department of Correction

CN 9504/2
Rev 2/27/24

Basis for finding:

Offender Correa-Santos, Jayson #415331 received a Class "A" Disciplinary Report for Assault on a DOC Employee. The offender was advised of the hearing process prior to the hearing. Offender Correa-Santos elected to utilize advisor services, CC Chaude who was present for the hearing. The offender identified two witnesses who provided witness statements. Offender Correa-Santos pled Not Guilty to the DHO at the hearing. The offender stated that he did not spit on the officer and that the officer entered his cell and assaulted him. The offender stated that he ran out of the cell after being assaulted and that he wants to press outside charges on the officer. Based on documentation and evidence that was submitted this DHO found the offender guilty. Offender Correa-Santos was advised of the appeal process and reminded that any other issues should be addressed through the facility grievance process.

Basis for sanctions:

**To deter from future misconduct.**

| DISPOSING OFFICER | |
|---|---|
| Hearing officer signature: LT. Czeremcha | Date: 6/17/2025 |
| Disciplinary coordinator signature: N/A | Date: N/A |
| Investigator signature: | Date: 6/17/25 |

| INMATE NOTICE | |
|---|---|
| You may appeal a finding of guilty by a hearing officer within 15 days. | |
| Delivering officer signature: | Date: 6/17/25 |

Copies (5): investigator, reporting employee, inmate, disciplinary file and inmate master file

# STATE OF CONNECTICUT
# DEPARTMENT OF CORRECTION
## Corrigan Correctional Institution

## FREEDOM OF INFORMATION UNIT

Ned Lamont
Governor

Commissioner Angel Quiros
Commissioner

## Acknowledgement & Exemption Letter
Ref #R002041-061725

June 17, 2025

Correa-Santos, Jayson #415331
Corrigan Correctional Center
986 Norwich-New London Tpke.
Uncasville, CT 06382

RE: FOI Request Received on, June 17, 2025

Mr. Correa-Santos, Jayson #415331

The letter is to acknowledge the receipt of the attached Freedom of Information request dated, June 7, 2025 following records: **Please see the below response and exemption in bold.**

1. Video Preservation request for video footage from 6/7/25 from 6:51 – 8:00.
   a. **RESPONSE:** *the requested video has been previously preserved within the incident report. VP tracking number associated with the video is CCC-VP-25-1053.*

2. Copy of the Incident Report related to a 6/7/2025 incident you were involved in, incident report CCC-2025-06-02.
   a. **EXEMPTION:** *Per CGS 1-210(b)(1), the requested incident report is currently still open at this time and exempt from disclosure. Once closed out, it will be available for release upon request.*

**Please Note:** Video Preservation is not an FOI function and does not fall under the purview of the FOI Act, as FOIA does not require a public agency to create records. FOIA only requires a public agency to produce records that are already in existence. Video Preservation requests are handled by the staff designated at your facility to process VP requests, which is done in accordance with Administrative Directive 6.9(10b). Please direct any further video preservation requests to the video preservation designee for the facility.

Sincerely,

*Officer Bosma*

Officer Bosma
FOI Liaison, CCC

# Administrative Remedy Receipt

## Connecticut Department of Correction

CN 9603 REV 04/30/2021

| | |
|---|---|
| Facility number: 136-140 | Receipt number: T136-6780 |
| IGP #: | Level: 1 |
| Inmate name: Correa-Santos, Jayson | Inmate number: 415331 |

The Admin Remedies Coordinator has received your: [X] Grievance [ ] Appeal [ ] Property Investigation

and the appropriate procedure will commence in accordance with AD 9.6, Inmate Administrative Remedies.

| | |
|---|---|
| Administrative Remedies Coordinator Print: Benjamin | Title: CC |
| Signature: [signature] | Date: 6-24-25 |

Distribution: original (white) to inmate, copy (yellow) to file

# Administrative Remedy Receipt

## Connecticut Department of Correction

CN 9603 REV 04/30/2021

| | |
|---|---|
| Facility number: 136-140 | Receipt number: T136-6781 |
| IGP #: N/A | Level: Disciplinary Action: Assault on Doc |
| Inmate name: Correa-Santos, Jayson | Inmate number: 415331 |

The Admin Remedies Coordinator has received your: [ ] Grievance [X] Appeal [ ] Property Investigation

and the appropriate procedure will commence in accordance with AD 9.6, Inmate Administrative Remedies.

| | |
|---|---|
| Administrative Remedies Coordinator Print: Benjamin | Title: CC |
| Signature: [signature] | Date: 6-24-25 |

Distribution: original (white) to inmate, copy (yellow) to file

# Administrative Remedy Receipt

## Connecticut Department of Correction

A-102

CN 9603 REV 04/30/2021

| | |
|---|---|
| Facility number: 136 to 140 | Receipt number: 136-14 |
| IGP #: 140-26-012 | Level: 2 |
| Inmate name: Correa-Santos, Jayson | Inmate number: 415331 |

The Admin Remedies Coordinator has received your: [X] Grievance [ ] Appeal [ ] Property Investigation

and the appropriate procedure will commence in accordance with AD 9.6, Inmate Administrative Remedies.

| | |
|---|---|
| Administrative Remedies Coordinator Print: Benjamin | Title: CC |